Matthew R. Orr, Bar No. 211097
Ward J. Lott, Bar No. 211307
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:  (949) 717-3000
Fax:  (949) 717-3100
morr@calljensen.com
wlott@calljensen.com

Attorneys for Defendant and Counterclaimant Hon Hai Precision Industry Co. and Defendant Foxconn Corporation

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| | |
|---|---|
| EVGA CORPORATION, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HON HAI PRECISION INDUSTRY CO. LTD., a Taiwanese corporation, and FOXCONN CORPORATION, a Texas corporation,<br><br>　　　　　Defendants.<br><br>HON HAI PRECISION INDUSTRY CO. LTD., a Taiwanese corporation,<br><br>　　　　　Counterclaimant,<br><br>　　vs.<br><br>EVGA CORPORATION, a California corporation,<br><br>　　　　　Counterdefendant. | Case No.  SACV07-1354 JVS (RNBx)<br><br>**FINAL JUDGMENT**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed:　November 16, 2007<br>Trial Date:　　　　August 4, 2009 |

This matter came for trial before the Hon. James V. Selna sitting without a jury pursuant to the parties' stipulation to submit all claims submitted by all parties to the Court for trial.  Roger C. Hsu and Ryan H. Wu of Law Offices of Roger C. Hsu having appeared on behalf of Plaintiff and Counterdefendant EVGA Corporation ("EVGA") and Matthew R. Orr and Ward J. Lott of Call, Jensen & Ferrell having appeared on behalf of Defendant and Counterclaimant Hon Hai Precision Industry Co. ("Hon Hai").

The Court, having heard and considered the testimony and evidence, and read and considered the parties' trial memoranda, proposed findings of fact and conclusions of law, and all other evidence and argument submitted in connection with the trial, and having issued its ruling on September 23, 2009 on the record pursuant to Federal Rules of Civil Procedure Rule 52(a), IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

(1) EVGA shall take nothing on its claims against Hon Hai and Judgment is hereby entered in favor of Hon Hai and against EVGA as to all of EVGA's claims against Hon Hai;

(2) Judgment is hereby entered in favor of Hon Hai and against EVGA as to Hon Hai's counterclaim against EVGA in the amount of $59,324.20 and pre-judgment interest in the amount of $_____; and

(3) Hon Hai is adjudged the prevailing party in the litigation both as to its counterclaims and as to EVGA's claims against Hon Hai.  Therefore, Judgment is hereby entered in favor of Hon Hai and against EVGA in the amount of $_____, Hon Hai's reasonable attorney fees, and $_____, Hon Hai's costs.

1      (4) Determination of prejudgment interest, attorney's fees, and cost to be
2  made on separate application.

4  Dated: October 09, 2009

                                  /s/ James V. Selna
                                  The Honorable James V. Selna